

# COLLIN COUNTY

**Lynne Finley**
District Clerk
2100 Bloomdale Rd
Suite 12132
McKinney, Texas 75071
972-548-4320 or
972-424-1460 Ext 4320 (Metro)

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 8:14:11 AM
LISA MATZ
Clerk

## 3rd / FINAL NOTICE

May 21, 2018

Attn: Lisa Matz, Clerk of the Fifth District Court of Appeals

RE:     Court Of Appeals No. 05-18-00377-CV
        Trial Court Case No. 380-04376-2016

We have not forwarded the clerk's record of this appeal due to the fact that payment has not yet been received. Immediately upon receipt of payment, the clerk's record will be forwarded to the Court of Appeals for filing.

ATTEST: Lynne Finley, District Clerk
Collin County, Texas
Collin County Courthouse
2100 Bloomdale Road
McKinney, Texas 75071
972-548-4320, Metro 972-424-1460 ext. 4320

By: _____, Deputy
Ashley Clark

cc:
Eric A. Douglas
Langford Wise & Farahmand PLLC
5101 Ross Ave Ste 200
Dallas TX  75206-7762
214-613-2541